## Commonwealth v. Burnside, Appellant.

Submitted April 16, 1971. *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, and *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Bush, Appellant.

Submitted April 16, 1971. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.